IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AMGUARD INSURANCE
COMPANY,

      Plaintiff,

v.                             CASE NO.: 3:24-cv-00103-MCR-HTC

MERAKI INSTALLERS, LLC,

      Defendant.
_____/

## DEFENDANT MERAKI INSTALLERS, LLC' MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

**COMES NOW,** the Defendant, MERAKI INSTALLERS, LLC, a Florida limited liability company (hereinafter "Defendant"), by and through undersigned counsel, and pursuant to N.D. Fla. Loc. R. 11.1(H) files this Motion for Leave to Withdraw as Counsel ("Motion") and state as follows:

1.     The undersigned attorneys, William R. Hahn, Esq., Robert S. Rushing, Esq., and Travis M. Morock, Esq., are unable to represent the Defendant any further in this matter due to irreconcilable differences.

2.     The Defendant has received notice of the relief sought in this Motion from the undersigned and consented to the relief request in this Motion.

3.     The Defendant can receive all further pleadings and correspondence at the following addresses:

1

21 N New Warrington Road
Pensacola, FL 32506

jdhumpherys@merakisolutions.com
jwolf@merakisolutions.com
mrobison@merakisolutions.com

4.      The Defendant understands that, as a business entity, it cannot represent itself and will need to obtain replacement counsel. Accordingly, the Defendant respectfully requests that this Court allow it thirty (30) days after entry of the order granting this Motion to secure replacement counsel.

WHEREFORE, the Defendant respectfully requests that the Court grant this Motion for Withdrawal of Counsel and direct the Clerk of Court to remove William R. Hahn, Esq., Robert S. Rushing, Esq., Travis M. Morock, Esq., and the law firm of CARVER, DARDEN, KORETZKY, TESSIER, FINN, BLOSSMAN & AREAUX LLC as counsel-of-record in this matter, and allow the Defendant thirty (30) days after entry of the order granting this Motion to secure replacement counsel.

## CERTIFICATE OF CONFERRAL IN COMPLIANCE WITH LOCAL RULE 7.1(B)

Pursuant to Local Rule 7.1(B), undersigned counsel certifies that, prior to filing this Motion, the undersigned communicated via email to counsel for Plaintiff and engaged in good faith regarding this Motion and the relief sought. Counsel for Plaintiff does not object to the relief sought in this Motion.

Dated this 8th day of August 2025.

                                        CARVER, DARDEN, KORETZKY, TESSIER, FINN, BLOSSMAN & AREAUX LLC

                                        By: */s/ Robert S. Rushing*
                                            Robert S. Rushing, Esquire
                                            Florida Bar No.: 0013946
                                            rushing@carverdarden.com
                                            Travis M. Morock, Esquire
                                            Florida Bar No.: 0118823
                                            morock@carverdarden.com
                                            William R. Hahn, Esquire
                                            Florida Bar No.: 1025424
                                            hahn@carverdarden.com
                                            151 West Main Street, Suite 200
                                            Pensacola, Florida 32502
                                            Telephone: (850) 266-2300
                                            Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been provided via CM/ECF Service, as indicated below, on this 8th day of August 2025:

Emily K. Dotson, Esquire
3175 N Alafaya Trl
Orlando, FL 32826
edotson@rlattorneys.com

        CARVER, DARDEN, KORETZKY, TESSIER, FINN, BLOSSMAN & AREAUX LLC

        By: */s/ Robert S. Rushing*
        Robert S. Rushing, Esquire
        Florida Bar No.: 0013946
        rushing@carverdarden.com
        Travis M. Morock, Esquire
        Florida Bar No.: 0118823
        morock@carverdarden.com
        William R. Hahn, Esquire
        Florida Bar No.: 1025424
        hahn@carverdarden.com
        151 West Main Street, Suite 200
        Pensacola, Florida 32502
        Telephone: (850) 266-2300
        Attorneys for Defendant